IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JESSICA MARIE SPEARS**                                                    **PLAINTIFF**

**v.**                                                                           **CIVIL ACTION NO. 1:22-cv-173-JMV**

**COMMISSIONER OF**
**SOCIAL SECURITY**                                                                **DEFENDANT**

**JUDGMENT**

For the reasons given in this Court's Order [22] entered on July 21, 2023, it is hereby ordered and adjudged that the Commissioner's decision is **affirmed**.

SO ORDERED, this the 21st day of July, 2023.

                                              **/s/ Jane M. Virden**
                                              **UNITED STATES MAGISTRATE JUDGE**